Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Rhonda L. Salcido |
| **Docket Number:** | 1:05CR00446-01 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | May 1, 2006 |
| **Original Offense:** | 18 USC 1341 & 2, Mail Fraud and Aiding and Abetting (CLASS C FELONIES)<br>18 USC 1029(a)(c) & 2, Unauthorized Use of Access Devices and Aiding and Abetting (CLASS C FELONY)<br>18 USC 1028(a)(7) & 2, Identity Theft and Aiding and Abetting(CLASS C FELONY)<br>18 USC 1708 & 2, Theft or Receipt of Mail Matter and Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | 12 months and 1 day Bureau of Prisons; 60 months TSR; Mandatory testing; $700 SA; $22,278 Restitution |
| **Special Conditions:** | 1) Search and seizure; 2) Shall not dissipate any assets until financial obligations are paid; 3) Provide financial information upon request; 4) Shall not incur new credit charges without permission; 5) Participate in mental health treatment; 6) Participate in a co-payment plan; 7) Cooperate with the collection of DNA; 8) Shall not be employed in a fiduciary capacity without permission. |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | April 25, 2007 |
| **Assistant U.S. Attorney:** | Sheila K. Oberto **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Christopher T. Fishburn **Telephone:** (559) 585-7330 |

RE:   **Rhonda L. Salcido**
      **Docket Number:  1:05CR00446-01 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

>**The defendant shall reside and participate in the Residential Reentry Center (RRC), Turning Point, in Fresno, California, for a period up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11).   The defendant shall pay costs of confinement as determined by the Bureau of Prisons.**

**Justification:**  In this matter, Ms. Salcido has been detected in numerous (technical) violations of the court.  As a result, she voluntarily agreed to a residential placement in the RRC to resolve  these violations without a court appearance, through the probation officers modification plan.  However, soon after her placement commenced on June 12, 2008, additional violations have been detected, which will require formal court action.

Pending the probation officer's filing of these violations, it is recommended that Ms. Salcido remain in the RRC, in lieu of jail.  Presently, Ms. Salcido does not have a suitable/stable residence to release to, and her violation actions clearly warrant a structured facility.

Therefore, it is respectfully recommended the Court approve this modification plan, which permits Ms. Salcido to remain at the RRC pending the formal filing of the violation behavior.

Should the Court have any questions or need additional information, please do not hesitate to contact this officer.

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:    **Rhonda L. Salcido**
       **Docket Number:  1:05CR00446-01 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**
Telephone:  (559) 734-0317

**DATED:**      June 20, 2008
               Visalia, California

**REVIEWED BY:**     **/s/ Thomas A. Burgess**
                     **Thomas A. Burgess**
                     **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )    Modification approved as recommended.

(  )     Modification not approved at this time.  Probation Officer to contact Court.

(  )     Other:

IT IS SO ORDERED.

**Dated:    June 20, 2008**              _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE

Rev. 05/2008
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG